FILED - GR
August 20, 2025 12:17 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JJM  SCANNED BY: JM /8/20

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

Tiesean Keyon Shantal Hatchett

(Enter above the full name of the plaintiff(s), including prisoner number, in this action. If you cannot list all plaintiffs in the space provided, please write "see attached" and list all names on an additional page.)

1:25-cv-979
Paul Maloney- U.S. District Judge
Sally Berens - U.S Magistrate

v.

Bradley LYONS, HERMAN HOFMAN, VIMI SHARMA, KENT COUNTY SHERIFFS DEPARTMENT

(Enter above the full name of the defendant(s) in this action. If you cannot list all defendants in the space provided, please write "see attached" and list all names on an additional page.)

## COMPLAINT
*(Print Clearly)*

### I. Previous Lawsuits

**CAUTION:** The Prison Litigation Reform Act has resulted in substantial changes in the ability of incarcerated individuals to initiate lawsuits in federal courts without prepayment of the civil action filing fee. Accurate and complete responses are required concerning your litigation history. Generally, a plaintiff's failure to accurately and completely answer the questions set forth below will result in denial of the privilege of proceeding *in forma pauperis* and require you to pay the entire $405.00 filing fee regardless of whether your complaint is dismissed.

A. Have you ever filed a lawsuit while incarcerated or detained in any prison or jail facility?   Yes ☒  No ☐

B. If your answer to question A was yes, for each lawsuit you have filed you must answer questions 1 through 5 below. Attach additional sheets as necessary to answer questions 1 through 5 below with regard to each lawsuit.

   1. Identify the court in which the lawsuit was filed. If it was a state court, identify the county in which the suit was filed. If the lawsuit was filed in federal court, identify the district within which the lawsuit was filed.
   
   United States district Court for the Western district of Michigan

   2. Is the action still pending?   Yes ☐  No ☒
   
      a. If your answer was no, state precisely how the action was resolved: the district court refiled my Civil rights complaint as a habeas Corpus

   3. Did you appeal the decision?  Yes ☐  No ☒
   4. Is the appeal still pending?   Yes ☐  No ☒
   
      a. If not pending, what was the decision on appeal? did not appeal the decision

   5. Was the previous lawsuit based upon the same or similar facts asserted in this lawsuit? Yes ☐  No ☒
   
      a. If so, explain: _____

(W.D. Mich. Form – Last Revised: September 2021)

II. **Parties**

A. Plaintiff(s)

Enter your name, place of confinement, address, and place of confinement during the events described in the complaint in the blanks below. Provide the same information for any additional plaintiffs. Attach extra sheets as necessary.

Name of Plaintiff **TieSean Hatchett & Kevin E Bonham**

Place of Present Confinement **Kent County Correctional facility**

Address **703 Ball. Grand Rapids, MI 49503**

Place of Confinement During Events Described in Complaint **Kent County Correctional Facility**

B. Defendant(s)

Complete the information requested below for each defendant in this action, including whether you are suing each defendant in an official and/or personal capacity. Provide the same information for each additional defendant. If there are more than six defendants attach extra sheets as necessary.

Name of Defendant #1 **Bradley Lyon's**
Position or Title **Captain**
Place of Employment **Kent County Correctional facility**
Address **701 Ball Avenue N.E, Grand Rapids, MI 49503**
Official and/or personal capacity? **Personal Capacity**

Name of Defendant #2 **Herman Hofman**
Position or Title **Attorney**
Place of Employment **Varnum firm LLP**
Address **Varnum Bridgewater Place P.O. Box 352, Grand Rapids 49501**
Official and/or personal capacity? **Personal Capacity**

X Name of Defendant #3 **VIMI SHARMA**
Position or Title **N/A**
Place of Employment **Varnum Firm LLP**
Address **Varnum Bridgewater Place P.O. Box 352 Grand Rapids, MI 49501**
Official and/or personal capacity? **personal**

Name of Defendant #4 **Kent County Sheriffs Department**
Position or Title **N/A**
Place of Employment **Kent County Sheriffs Office**
Address **701 Ball Avenue NE, Grand Rapids, MI 49503**
Official and/or personal capacity? **BOTH**

Name of Defendant #5 _____
Position or Title _____
Place of Employment _____
Address _____
Official and/or personal capacity? _____

- 3 -                                             (W.D. Mich. Form – Last Revised: September 2021)

III. **Statement of Claim**

State here the **facts** of your case. Describe how each defendant is personally involved. Include also the names of other persons involved, dates and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. **Do not include unrelated claims.** Use as much space as you need. Attach extra sheets if necessary.

Brad Lyons and Herman Hofman acted under color of state Law violating my fourth, Eighth, and fourteenth amendment right, and Article one sections two, eleven, sixteen, and seventeen of the Michigan Constitution of 1963 when they in fact disclosed the name of one of my visitors/loved ones to a inmate named Tyselle henderson. This disclosure violates the Kent County Sheriff's office Policy and Procedure manual, Sections 1. facility Security during inmate visiting. The disclosure is documented and caught on visual as well as audio camera showing Brad Lyons make the disclosure. This disclosure has caused mental and emotional damage between me and my loved one/visitor, as well as inflicted emotional distress on me while trying to reconcile my relationship with my loved one/visitor. Futhermore, inmate Tyselle henderson is a inmate I currently beat up. and Brad Lyons and Kent County Correctional facility was aware of this situation. However, they disclosed this information.

4 pro SE Tiesean Hatchett
- If its misunderstood the courts can subpoena the information from inmate TYRELLE HENDERSON He will also provide info pertaining to this matter Soon
This is not malicious, frivilous and should be taken seriously I understand the courts try to read Indulgently but these plaintiffs are NOT INDULGING.
Blessed Day

## IV. Relief

State briefly and precisely what you want the court to do for you.

Plaintiff demands Nominal and Punitive damages Severally from each defendant. Declaratory relief that defendant's violated Plaintiff's rights, and for defendant's to reimburst Plaintiff of fee, costs and disburstments. Jury trial demanded.

## V. Notice to Plaintiff Regarding Consent

In accordance with the provisions of 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73, you are hereby notified that the United States magistrate judges of this district court may, upon your consent, conduct any or all proceedings in this case, including a jury trial and entry of a final judgment. If you consent, any appeal from a judgment entered by a magistrate judge shall be taken directly to the United States Court of Appeals for this judicial circuit in the same manner as an appeal from any other judgment of a district court.

Magistrate judges have greater flexibility in their schedules than district judges, who have heavy criminal caseloads that take priority over civil trials. Accordingly, the magistrate judges are generally able to schedule prisoner civil rights cases for jury trial much sooner, and they are able to provide firm trial dates. Magistrate judges are experienced trial judges who handle a great number of prisoner civil rights cases.

Your decision to consent to the dispositive jurisdiction of a United States magistrate is entirely voluntary. If you do not consent to a magistrate judge, the case will be randomly assigned to a district judge. The magistrate judge already assigned to this case would continue to decide all pretrial matters and would handle all dispositive motions by report and recommendation.

Please check **ONE** box below to indicate whether you voluntarily consent to proceed with a United States magistrate judge or if you would instead prefer that the case be assigned to a district judge.

☐ I hereby voluntarily consent to the United States magistrate judge conducting all proceedings in this case, including entry of a final judgment and all post-judgment matters.

☒ I request that this case be assigned to a district judge.

7/23/25
**Date**

X 7/23/2025 KB

*Signature of Plaintiffs*

X _____ 11:11 BFE

### NOTICE TO PLAINTIFF(S)

The failure of a *pro se* litigant to keep the court apprised of an address change may be considered cause for dismissal.

- 5 -                         (W.D. Mich. Form – Last Revised: September 2021)

Kevin E. Bonham
703 BALL AVE N.E.
GRAND RAPIDS, MI
49503

OFFICE of THE CLERK
452 FEDERAL BUILDING
110 MICHIGAN N.W
GRAND RAPIDS, MI, 49503

This mail originates from the Kent County Correctional Facility